■ ARTHUR F. MARMILLION, Respondent, v. VASSAR PARK ESTATES CORP., Appellant.—

No opinion.
Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.